Jenna Dakroub, CA #350170
**CONSUMER JUSTICE LAW FORM**
16130 Ventura Boulevard, Suite 300
Encino, CA 91436
T: (602) 807-1525
F: (480) 613-7733
E: jdakroub@consumerjustice.com

*Attorneys for Plaintiff*
*Martin Christopher Dena*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN CHRISTOPHER DENA, | Case No.: 3:26-cv-01376-W-DEB |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC ONLY** |
| EQUIFAX INFORMATION SERVICES, LLC, CAPITAL ONE AUTO FINANCE, AND TRANS UNION LLC, | |
| Defendants. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff Martin Christopher Dena and

Defendant Equifax Information Services, LLC ("Equifax"), have resolved the claims

between them in this matter. The Parties are in the process of finalizing the terms and

performance attendant to that resolution.  The Parties anticipate completing that

performance within the next forty-five (45) days and submitting to the Court the

necessary dismissal papers. In the interim, the Parties ask that the Court vacate all

1

deadlines in this matter as to Defendant Equifax only. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Dated: June 18, 2026

*/s/ Jenna Dakroub*
Jenna Dakroub, CA #350170
**CONSUMER JUSTICE LAW FIRM**
16130 Ventura Boulevard, Suite 300
Encino, CA 91436
T: (602) 807-1525
E: jdakroub@consumerjustice.com

*Attorneys for Plaintiff*
*Martin Christopher Dena*

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER JUSTICE LAW FIRM**

By: */s/ Chloe Lopez*

2