Jenna Dakroub, CA #350170
**CONSUMER JUSTICE LAW FORM**
16130 Ventura Boulevard, Suite 300
Encino, CA 91436
T: (602) 807-1525
F: (480) 613-7733
E: jdakroub@consumerjustice.com

*Attorneys for Plaintiff*
*Martin Christopher Dena*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN CHRISTOPHER DENA,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, CAPITAL ONE AUTO FINANCE, AND TRANS UNION LLC,<br><br>Defendants. | Case No.: 3:26-cv-01376-W-DEB<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT TRANS UNION LLC ONLY** |

**NOTICE IS HEREBY GIVEN** that Plaintiff Martin Christopher Dena and Defendant Trans Union LLC ("Trans Union"), have resolved the claims between them in this matter. The Parties are in the process of finalizing the terms and performance attendant to that resolution. The Parties anticipate completing that performance within the next forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all

1

deadlines in this matter as to Defendant Trans Union only. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Dated: June 18, 2026

/s/ Jenna Dakroub
Jenna Dakroub, CA #350170
**CONSUMER JUSTICE LAW FIRM**
16130 Ventura Boulevard, Suite 300
Encino, CA 91436
T: (602) 807-1525
E: jdakroub@consumerjustice.com

*Attorneys for Plaintiff*
*Martin Christopher Dena*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 18, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER JUSTICE LAW FIRM**

By: */s/ Chloe Lopez*

2